# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**Matthew L. Thompson**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

February 15, 2017

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Yakima

**RECEIVED**
U.S. DISTRICT COURT

**FEB 1 5 2017**

WM. FREMMING NIELSEN
DISTRICT JUDGE

The Honorable Wm. Fremming Nielsen
Senior U.S. District Judge
U.S. Courthouse and Federal Building
920 W. Riverside Ave
Spokane, Washington 99201

> **RE: LOPEZ, Luis Alberto Jr.**
> **Docket No: 2:07CR02071-WFN-2 and**
> **Docket No: 2:15CR00098-WFN-1**
> **REQUEST FOR OUT OF COUNTRY**
> **TRAVEL**

Your Honor:

Mr. Lopez is requesting permission to travel to              , Mexico, to visit his family and elderly grandparents. He advises he has not seen his family since 2006.  He plans to stay with his grandparents,              Lopez. Their address is                          Mexico. He stated they do not have a telephone; however, he will be taking his personal cell phone with him for communication purposes.

Mr. Lopez plans to travel via airplane from Spokane, Washington, to              Mexico, then travel via vehicle to          Mexico, leaving on          2017, and returning by the same mode of travel on          , 2017.

Mr. Lopez was sentenced by Your Honor on September 22, 2008, for Conspiracy to Possess a Listed Chemical with Intent to Manufacture a Controlled Substance in violation of 21 U.S.C § 841(c) & 846. He received a term of 78-months imprisonment and 3 years supervised release. He began his term of supervised release in the Eastern District of Washington on July 13, 2015. He was also sentenced in the District of North Dakota on September 9, 2008, for Conspiracy to Possess with Intent to Distribute and Distribute of Controlled Substances in violation of 21 U.S.C § 846. He received 108 months and 12 days imprisonment to run concurrent with the sentence imposed before Your Honor on September 22, 2008. Transfer of Jurisdiction from the District of North Dakota to the Eastern District of Washington was accepted by the Honorable Rosanna Malouf Peterson on September 9, 2015.

Lopez, Luis Alberto Jr.
February 15, 2017
Page 2

Since the start of supervised release, Mr. Lopez has been in compliance with his supervision. As of this date, Mr. Lopez has paid his special penalty assessment of $100 in full. Mr. Lopez is currently employed full time through          and has been since August 4, 2015. He was placed on a low risk, administrative caseload effective February 12, 2016. His two terms of supervised release expire July 12, 2018, and July 12, 2020.

Based on the above information, this officer respectfully recommends Mr. Lopez's request of travel to Mexico be granted.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

By:   s/Linda Leavitt          02/15/2017
      Linda Leavitt                Date
      U.S. Probation Officer

APPROVED BY:

s/Jose Vargas          02/15/2017
Jose Vargas          Date
Supervisory U.S. Probation Officer

___

**ORDER OF THE COURT:**

**Approved** _____X_____     **Disapproved** _____

_____2/15/17_____                   _L. Nielsen_
**Date**                                The Honorable Wm. Fremming Nielsen
                                        Senior U.S. District Judge