# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**Matthew L. Thompson**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

January 30, 2018

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Yakima

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 3 1 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

RECEIVED
U.S. DISTRICT COURT

JAN 3 0 2018

WM. FREMMING NIELSEN
DISTRICT JUDGE

The Honorable Wm. Fremming Nielsen
Senior United States District Judge
U.S. Courthouse and Federal Building
PO Box 1493
Spokane, Washington 99210

RE: LOPEZ, Luis Alberto Jr.
Docket No: 2:07CR02071-WFN-2 and
Docket No: 2:15CR00098-WFN-1
**REQUEST FOR OUT OF COUNTRY TRAVEL**

Your Honor:

Mr. Lopez is requesting permission to travel to ▓▓▓▓▓▓▓▓▓▓ to visit his family and elderly grandparents. He states his grandmother is sick and has been in and out of the hospital. He plans to stay at the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. His grandparents, ▓▓▓▓▓▓▓▓▓▓, reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. He will be traveling via vehicle between ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ during this trip. He stated his grandparents do not have a telephone; however, he will be taking his personal cell phone with him for communication purposes. Mr. Lopez has requested permission from the Court previously to visit his grandparents. He traveled to ▓▓▓▓▓▓ with the Court's permission between May 17 and May 31, 2017.

Mr. Lopez plans to travel via airplane from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ then travel via vehicle between ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ leaving on April ▓▓, 2018, and returning by the same mode of travel on April ▓▓, 2018.

Mr. Lopez was sentenced by Your Honor on September 22, 2008, for Conspiracy to Possess a Listed Chemical with Intent to Manufacture a Controlled Substance in violation of 21 U.S.C § 841(c) & 846. He received a term of 78 months imprisonment and 3 years supervised release. He began his term of supervised release in the Eastern District of Washington on July 13, 2015. He was also sentenced in the District of North Dakota on September 9, 2008, for Conspiracy to Possess with Intent to Distribute and Distribute of Controlled Substances in violation of 21 U.S.C § 846. He received 108 months and 12 days imprisonment to run concurrent with the sentence imposed before Your Honor on September 22, 2008.

Transfer of Jurisdiction from the District of North Dakota to the Eastern District of Washington was accepted by the Honorable Rosanna Malouf Peterson on September 9, 2015.

Since the start of supervised release, Mr. Lopez has been in compliance with his supervision. As of this date, Mr. Lopez has paid his special penalty assessment of $100 in full. Mr. Lopez is currently employed full-time through ███████████ and has been since August 4, 2015. He was placed on a low risk, administrative caseload effective February 12, 2016. His two terms of supervised release expire July 12, 2018, and July 12, 2020.

Based on the above-noted information, this officer respectfully recommends Mr. Lopez's request of travel to Mexico be granted.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

By: s/Linda Leavitt    01/30/2018
Linda Leavitt          Date
U.S. Probation Officer

APPROVED BY:

s/Jose Vargas    01/30/2018
Jose Vargas      Date
Supervisory U.S. Probation Officer

---

**ORDER OF THE COURT:**

Approved  ___X___    Disapproved _____

Date  1/31/18

The Honorable Wm. Fremming Nielsen
Senior U.S. District Judge